UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                  )<br>            Plaintiff,                    )<br>                                                  )<br>  vs.                                          )<br>                                                  )<br>COURTNEY NICOLE WILLIAMS,   )<br>                                                  )<br>            Defendant.                )<br>_____) | Criminal No. 04-105-C-EJL<br><br><br>ORDER |

UPON a motion by the United States, and good cause showing, it is hereby ordered that the Indictment is dismissed without prejudice.

DATED: **June 22, 2005**

_(signature)_
Honorable Edward J. Lodge
U. S. District Judge

ORDER - 1